**JOHN P. HANNON II**
SB No: 111692
716 Capitola Avenue, Ste. F
Capitola, CA 95010
PH: (831) 476-8005
FAX: (831) 476-8984

Attorney for Defendants:
BENJAMIN LANDEROS and
AMALIA LANDEROS

**\*E-FILED 03-22-2010\***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HABACU GALINDO; VICTOR PERALTA; JOSE PERALTA; HELUDIO SARMIENTO, <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN LANDEROS DBA TAQUERIA LA CABANA and AMALIA LANDEROS DBA TAQUERIA LA CABANA, <br><br> Defendants. | NO: C10-00444-HRL <br><br><br><br><br><br><br><br><br><br> **ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| BENJAMIN LANDEROS, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> RAFAEL M. VACA DBA TAQUERIA LA CABANA, <br><br> Third-Party Defendat. | |

1  The court hereby orders that the request of Defendant, Benjamin Landeros and Amalia
2  Landeros, to substitute John P. Hannon II at the Law Offices of John P. Hannon II, 716
3  Captiola Avenue, Suite F, Capitola, CA 95010; Telephone No.: (310) 476-8005; Facsimile No.:
4  (831) 476-8984, E-mail: jph3002@yahoo.com; as attorney of record in place and stead of
5  Timothy J. Walsh and Valerie M. Roach of Walsh & Roach, LLP, is hereby GRANTED.

Dated: __March 22, 2010__   BY: _____
   The Honorable Howard R. Lloyd
   United States District Judge