**\*E-FILED 05-04-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HABACU GALINDO, VICTOR PERALTA, JOSE PERALTA, HELUDIO SARIMENTO,<br><br>　　　　Plaintiffs,<br>　v.<br><br>BENJAMIN LANDEROS dba TAQUERIA LA CABANA and AMALIA LANDEROS dba TAQUERIA LA CABANA,<br><br>　　　　Defendants.<br>―――――――――――――――――――――/<br>BENJAMIN LANDEROS,<br><br>　　　　Third-Party Plaintiff,<br>　v.<br><br>RAFAEL M. VACA dba TAQUERIA LA CABANA,<br><br>　　　　Third-Party Defendant.<br>―――――――――――――――――――――/ | No. C10-00444 HRL<br><br>**ORDER SEVERING AND STAYING CLAIMS AGAINST THIRD-PARTY DEFENDANT RAFAEL M. VACA** |

　　　　The court concludes that severance of the claims against third-party defendant Rafael M. Vaca will avoid delay in the adjudication of the claims between plaintiffs and defendants. Further, no substantial right will be impaired by the severance. Accordingly, all claims against Rafael M. Vaca are SEVERED, and the action is STAYED with respect to him. See Fed. R.

**United States District Court**
For the Northern District of California

1  Civ. P. 14(a)(4); see also Fed. R. Civ. P. 21.

2      IT IS SO ORDERED.

3  Dated:   May 4, 2010

                          HOWARD R. LLOYD
                          UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00444-HRL Notice has been electronically mailed to:

2  James Dal Bon     jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com

3  John Patrick Hannon , II     jph3003@yahoo.com, jph3002@yahoo.com

4  Tomas Eduardo Margain     margainlaw@hotmail.com, jl.jdblaw@earthlink.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.