*E-FILED 01-25-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HABACU GALINDO, VICTOR PERALTA, JOSE PERALTA, HELUDIO SARIMENTO, | No. C10-00444 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| BENJAMIN LANDEROS dba TAQUERIA LA CABANA and AMALIA LANDEROS dba TAQUERIA LA CABANA, | |
| Defendants. | |

On January 25, 2011, this court held a final pretrial conference. Plaintiffs failed to appear. No pretrial filings were submitted as per this court's standing order. All court-ordered deadlines have passed; and, the record indicates that there has been no activity on this matter in the past seven months or so. Accordingly, plaintiffs' counsel, James Dal Bon, shall appear before this court on **February 1, 2011, 10:00 a.m.** and show cause why this case should not be dismissed and why he should not be sanctioned for failure to prosecute, failure to appear, and failure to comply with court orders.

IT IS SO ORDERED.

Dated:   January 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00444-HRL Notice has been electronically mailed to:

2  James Dal Bon     jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com

3  John Patrick Hannon , II     jph3003@yahoo.com, jph3002@yahoo.com

4  Tomas Eduardo Margain     margainlaw@hotmail.com, jl.jdblaw@earthlink.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.